tion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Redfern,* Nos. CR–98–567; CA–00–1335–17–0 (D.S.C. Oct. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Salas,* Nos. CR–98–166; CA–99–748–3 (E.D.Va. Oct. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Pascual SALAS, a/k/a Jan Jan, a/k/a
Emanuel Tejoda, Defendant–
Appellant.**

**No. 00–7805.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 29, 2001.

Pascual Salas, pro se. Nicholas Stephan Altimari, Office of the United States Attorney, Richmond, VA, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Pascual Salas seeks to appeal the district court's order denying his motion filed

**Gregory FISHER, Jr., Petitioner–
Appellant,**

v.

**Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.**

**No. 00–7816.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 29, 2001.

Gregory Fisher, Jr., pro se. Leah Ann Darron, Assistant Attorney General, Richmond, VA, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Gregory Fisher, Jr., seeks to appeal the district court's order denying relief on his